**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Gilberto Napoles–CARDENAS, a/k/a Gilberto Napoles, a/k/a Gilberto N. Cardenas, a/k/a Gilberto Cardenas–Napoles, a/k/a Gilberto Estrada, a/k/a Martin C. Estrada, Defendant–Appellant.

No. 02–7659.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

James Donald Cowan, Jr., Smith Moore, L.L.P., Greensboro, North Carolina, for Appellant. Arnold L. Husser, Office Of The United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gilbert Napoles–Cardenas seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude for the reasons stated by the district court that Napoles Cardenas has not made a substantial showing of the denial of a constitutional right. *See United States v. Napoles–Cardenas,* Nos. CR–00–131; CA–01–528–1 (M.D.N.C. Oct. 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We also deny Napoles–Cardenas' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*